FILED '09 MAY 13 07:46 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EVANGELOS D. SOUKAS,                )
                                    )
            Petitioner,             )
                                    )   Civil No. 08-867-TC
      v.                            )
                                    )   ORDER
J.E. THOMAS,                        )
                                    )
            Respondent.             )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on April 10, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

1    - ORDER

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Petitioner's petition (#2) is denied, on the merits, with prejudice. This proceeding is dismissed.

DATED this __12th__ day of May, 2009.

_____
Michael R. Hagan
United States District Judge

2   - ORDER